## AFFIDAVIT OF SERVICE

| Case:<br>Case 2:23-cv-00222-DKG | Court:<br>USDC | County:<br>DISTRICT OF IDAHO, ID | Job:<br>8822810 (Case 2:23-cv-00222-DKG) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>COLE MCCANNA, | | Defendant / Respondent:<br>KEMPER & ASSOCIATES, LLC; SAADAT HUSSAIN; and CHARLENE MILLER, | |
| Received by:<br>Phoenix Legal | | For:<br>Agruss Law Firm, LLC | |
| To be served upon:<br>Charlene Miller | | | |

I, Frank James, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** ASHLEY NAVARRO, 300 COLONIAL CENTER PKWY STE 100N, ROSWELL, GA 30076
**Manner of Service:** Registered Agent, May 9, 2023, 1:31 pm EDT
**Documents:** SUMMONS AND COMPLAINT

**Additional Comments:**
1) Successful Attempt: May 9, 2023, 1:31 pm EDT at 300 COLONIAL CENTER PKWY STE 100N, ROSWELL, GA 30076 received by ASHLEY NAVARRO. Age: 25; Ethnicity: Hispanic; Gender: Female; Weight: 125; Height: 5'4"; Hair: Black; Relationship: AUTHORIZED AGENT;

_____   5/9/23
Frank James                              Date
179

Phoenix Legal
251 Springs Xing
Canton, GA 30114
(770) 873-6999

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Idaho

| | |
|---|---|
| COLE MCCANNA, <br><br> *Plaintiff(s)* <br> v. <br><br> KEMPER & ASSOCIATES, LLC; SAADAT HUSSAIN; and CHARLENE MILLER, <br><br> *Defendant(s)* | Civil Action No. 2:23-cv-00222-DKG |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Charlene Miller
300 Colonial Center
Parkway STE 100N
Roswell, GA 30076

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Patrick J. Geile, Esq.
Foley Freeman PLLC
953 S. Industry Way
P.O. Box 10
Meridian, Idaho 83680

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



United States Courts
District of Idaho
**ISSUED**
Laura McInnes
on May 04, 2023 1:01 pm

Date: 05/04/2023