James J. Parr
Agruss Law Firm, LLC
4809 N. Ravenswood Ave.
Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
james@agrusslawfirm.com
IL State Bar #: 6317921

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
NORTHERN DIVISION

| | |
|---|---|
| COLE MCCANNA, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    Case No. 2:23-cv-00222 |
| | ) |
| KEMPER & ASSOCIATES, LLC; SAADAT | ) |
| HUSSAIN; and CHARLENE MILLER, | ) |
| | ) |
|    Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO SAADAT HUSSAIN ONLY**

Plaintiff, COLE MCCANNA, ("Plaintiff"), through his attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant, SAADAT HUSSAIN only, without prejudice.

July 27, 2023                    RESPECTFULLY SUBMITTED,

                                                 By: /s/ James J. Parr
                                               James J. Parr
                                               IL State Bar #: 6317921
                                               Agruss Law Firm, LLC
                                               4809 N. Ravenswood Ave.
                                               Suite 419
                                               Chicago, IL 60640

Tel: 312-224-4695
Fax: 312-253-4451
james@agrusslawfirm.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on July 27, 2023, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ James J. Parr
James J. Parr