UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COLE MCCANNA,<br><br>               Plaintiff,<br><br>v.<br><br>KEMPER & ASSOCIATES, et al,<br><br>               Defendants. | Case No. 2:23-cv-00222-DKG<br><br>**CLERK'S ENTRY OF DEFAULT** |

      Pursuant to Fed.R.Civ.P. 55(a), it appears by affidavit or otherwise from the records in the above-entitled action that summons and complaint have been served upon Defendants Kemper & Associates, LLC and Charlene Miller. It further appears that defendants have failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure.  The Defendants, KEMPER & ASSOCIATES, LLC AND CHARLENE MILLER, are, therefore, in default.

      DATED this 28th day of July, 2023.

                                                        Stephen W. Kenyon<br>
                                                        CLERK OF COURT

                                                        By: /s/ Amy Tate<br>
                                                               Deputy Clerk

**CLERK'S ENTRY OF DEFAULT—1**