James J. Parr
Mike Agruss Law
1301 W 22nd Street
Suite 711
Oak Brook, IL 60523
Illinois Bar No. 6317921
Phone: 312-224-4695
Fax: 312-253-4451
james.parr@844seemike.com
Admitted *Pro Hac Vice*

___

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
NORTHERN DIVISION

| | |
|---|---|
| COLE MCCANNA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:23-cv-00222 |
| KEMPER & ASSOCIATES, LLC; SAADAT HUSSAIN; and CHARLENE MILLER, | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF SETTLEMENT

Plaintiff, COLE MCCANNA ("Plaintiff"), through his attorneys, informs this Honorable Court that Plaintiff and Defendants have reached a settlement in this case. Plaintiff anticipates dismissing Defendants, with prejudice, within 60 days.

RESPECTFULLY SUBMITTED,

October 3, 2023

By: /s/ James J. Parr
James J. Parr
Mike Agruss Law
1301 W 22nd Street
Suite 711
Oak Brook, IL 60523
Phone: 312-224-4695
Fax: 312-253-4451
james.parr@844seemike.com
Illinois Bar No. 6317921

Admitted *Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I certify that on October 3, 2023, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ James J. Parr
James J. Parr